UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**SECURITIES AND EXCHANGE COMMISSION,**

        **Plaintiff,**

v.                                                       Case No:  6:19-cv-664-Orl-41DCI

**PAUL BANNON POWERS,**

        **Defendant.**
_____/

**ORDER**

THIS CAUSE is before the Court on Plaintiff's Unopposed Motion for Entry of Judgment Against Defendant Paul Banon Powers (Doc. 3). Also before the Court is Plaintiff's Unopposed Motion for Disgorgement and Waiver of Penalty in View of Criminal Conviction (Doc. 17). On May 13, 2019, the Court granted in part Plaintiff's Motion for Entry of Judgment, entering a permanent injunction against Defendant. (*See generally* May 13, 2019 Order, Doc. 9). The Court withheld entering judgment until the disgorgement issue was resolved. (*Id.* at 2). Now, Plaintiff requests that Defendant's disgorgement and pre-judgment interest obligations be deemed satisfied and that its civil penalty claim against Defendant be dismissed. (*Id.* at 1–2). For the reasons stated in Plaintiff's motion, it is **ORDERED** and **ADJUDGED** as follows:

1. Plaintiff's Unopposed Motion for Entry of Judgment Against Defendant Paul Banon Powers (Doc. 3) is **GRANTED**. The Clerk is directed to enter judgment is entered in favor of Plaintiff and against Defendant.

2. Plaintiff's Unopposed Motion for Disgorgement and Waiver of Penalty in View of Criminal Conviction (Doc. 17) is **GRANTED**.

3. Defendant's disgorgement and pre-judgment interest obligations are deemed satisfied.

4. Plaintiff's civil penalty claim against Defendant is **DISMISSED**.

5. The Clerk is directed to close this case.

**DONE** and **ORDERED** in Orlando, Florida on July 31, 2019.



CARLOS E. MENDOZA
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record